**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FAYETTEVILLE DIVISION**

**UNITED STATES OF AMERICA**                                                             **PLAINTIFF**

**v.**

**RENE IBARRA**                **Case No. 06-50069**            **DEFENDANT**

**and**

**ROGERS IRON AND METAL COMPANY**                               **GARNISHEE**

<u>**ORDER OF GARNISHMENT**</u>

On July 20, 2007, a Writ of Garnishment (Doc. #33), directed to Garnishee Rogers Iron and Metal Company, was duly issued and served upon said Garnishee.  Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer stating that, at the time, it had in its possession, custody, or control, personal property belonging to and due Defendant, and that the Garnishee was indebted to Defendant.

The Writ of Garnishment notified Defendant of his right to a hearing.  Although Defendant filed a response (Doc. #35) stating that he has entered into a contract with the Bureau of Prisons to make monthly payments, he has not requested a hearing to determine whether the property at issue is exempt.  The Court's Judgment (Doc. #31) directs that the fine and special assessment, established therein, are due immediately.

**IT IS THEREFORE ORDERED** that, pursuant to 15 U.S.C. § 1673, the Garnishee shall pay to the Government the sum of $5,075.00 currently in its possession belonging to Defendant.  Such payment

should be made to the United States District Court Clerk and mailed to P.O. Box 1547, Fort Smith, Arkansas 72902.

**IT IS SO ORDERED** this the 18th day of March 2008.

**/s/Jimm Larry Hendren**
**HON. JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**